```
                          United States Bankruptcy Court
                           Southern District of Mississippi
In re:                                                        Case No. 10-50531-KMS
J.R. McGowan                                                  Chapter 13
       Debtor                     CERTIFICATE OF NOTICE

District/off: 0538-1         User: wwatson              Page 1 of 2          Date Rcvd: Feb 29, 2012
                             Form ID: ntcdsm            Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2012.
```
db          +J.R. McGowan, Jr.,    257 Garner Road,    Mount Olive, MS 39119-4940
2980211     +ALL AMERICAN CHECK CAS,    1573 SIMPSON HWY 49,    STE 3,    Magee, MS 39111-4345
2980212     +CHECK CASHERS & MORE,    PO BOX 370,   Collins, MS 39428-0370
2980213     +COMPREHENSIVE RADIOLOG,    SERVICES PLLC,    5000 W 4TH ST,    Hattiesburg, MS 39402-1000
2980214     +CREDIT ACCEPTANCE,    PO BOX 513,    Southfield, MI 48037-0513
2982880    ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
              (address filed with court: Credit Acceptance,    25505 W 12 Mile Rd Ste 3000,
               Southfield MI 48034)
2980215     +CREDIT BUREAU CENTRAL,    PO BOX 1529,   Hattiesburg, MS 39403-1529
2980216     +DIRECTV,   COLLECTION DEPT,    PO BOX 6550,    GREENWOOD VIL, CO 80155-6550
2980217     +FAMILY MEDICINE OF PRE,    EARL MAHAFFEY MD,    PO BOX 667,    Prentiss, MS 39474-0667
2980218     +JEFF DAVIS CO HOSPITAL,    C/O HEALTHCARE FINANCI,    643 LAKELAND EAST DR,
               Flowood, MS 39232-9099
2980219      JEFF DAVIS CO. HOSPITA,    PO BOX 1289,   Prentiss, MS 39474
2980220     +JEFF DAVIS COMM HOSP,    PO BOX 1288,   Prentiss, MS 39474-1288
2980221     +LAKELAND RADIOLOGY,    C/O HEALTHCARE FIN SER,    643 LAKELAND E DR,    Flowood, MS 39232-9099
2980222     +LAKELAND RADIOLOGY PA,    1151 N STATE ST,    Jackson, MS 39202-2407
2980223     +LISA MCGOWAN,    95 McLaurin Lane,    Collins, MS 39428-6264
2980224    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court: NCO FINANCIAL,    PO BOX 7216,    Philadelphia, PA 19101)
2980225     +RADIOLOGICAL GROUP PA,    1405 N STATE ST #200,    Jackson, MS 39202-1691
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
2980210     +Fax: 800-813-8164 Feb 29 2012 20:02:05     21ST MORTGAGE,    PO BOX 477,
               Knoxville, TN 37901-0477
2986574      EDI: AIS.COM Feb 29 2012 19:48:00      American Infosource Lp As Agent for,
               T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK 73124-8848
2980226     +E-mail/Text: susan@sra-inc.net Feb 29 2012 20:02:07     SMITH ROUCHON & ASSOC,    1456 ELLIS AVE,
               Jackson, MS 39204-2204
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 02, 2012**             **Signature:**    *Joseph Speetjens*

```
District/off: 0538-1          User: wwatson              Page 2 of 2              Date Rcvd: Feb 29, 2012
                              Form ID: ntcdsm            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2012 at the address(es) listed below:

```
              Edwin F Tullos     on behalf of Debtor J.R. McGowan EdwinTullos@bellsouth.net
              J. C. Bell T1    mdg@jcbell.net
              Samuel J. Duncan    on behalf of Trustee J. Bell T1 sduncan@jcbell.net
              United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                        TOTAL: 4
```

Form ntcdsm

## UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

Case No.: 10−50531−KMS
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   J.R. McGowan Jr.
   257 Garner Road
   Mount Olive, MS 39119

Social Security / Individual Taxpayer ID No.:
   xxx−xx−7962

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on February 29, 2012.

Dated: 2/29/12

> Danny L. Miller, Clerk
> Dan M. Russell, Jr. U.S. Courthouse
> 2012 15th Street, Suite 244
> Gulfport, MS 39501
>
> 228−563−1790